IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 3:16-CR-360-B |
| v. | |
| LAQUAYLAN WESLEY PATTERSON | |

### CONSENT TO TRANSFER CASE FOR PLEA AND SENTENCE
*(Under Rule 20)*

I, Laquaylan Wesley Patterson, defendant, have been informed that an Indictment is pending against me in the above-designated case. I wish to plead *guilty* to the offense charged, and I hereby consent, pursuant to Fed. R. Crim. P. 20, to the transfer and disposition of this case to the Eastern District of Texas, in which I am held, and to waive trial in the Northern District of Texas.

Signed on this 12 day of August, 2016.

_____
LAQUAYLAN WESLEY PATTERSON
Defendant

_____
OMAR NAWAZ
Attorney for Defendant
Texas State Bar No. 24027684

Approved:

_____
KEITH ROBINSON
Assistant United States Attorney
Northern District of Texas

_____
JIM NOBLE
Assistant United States Attorney
Eastern District of Texas

Consent to Transfer Case for Plea and Sentence – Solo Page