# ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA

v.

LAQUAYLAN WESLEY PATTERSON

NO. 3-16CR-360-B

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG 1 0 2016
CLERK, U.S. DISTRICT COURT
By_____
Deputy

### INDICTMENT

The Grand Jury charges:

### Count One
### Bank Robbery
(Violation of 18 U.S.C. § 2113(a) and (d))

On or about August 8, 2014, in the Dallas Division of the Northern District of Texas, **Laquaylan Wesley Patterson**, the defendant, did knowingly and intentionally take, by force and violence, and by intimidation, from the person and presence of another, namely, an employee of Corner Stone Credit Union, located at 130 Historic Town Square, Lancaster, Texas, United States currency belonging to and in the care, custody, control, management and possession of Corner Stone Credit Union, a credit union, the deposits of which were then insured by the National Credit Union Administration, and the defendant, in committing the aforesaid act, did assault and put in jeopardy the life of a credit union employee by the use of a dangerous weapon, to-wit: a firearm.

In violation of 18 U.S.C. § 2113(a) and (d).

Indictment - Page 1

A TRUE BILL:

_____
FOREPERSON

JOHN R. PARKER
UNITED STATES ATTORNEY

_____
KEITH ROBINSON
Assistant United States Attorney
Texas State Bar No. 00788298
1100 Commerce, Third Floor
Dallas, TX 75242
Telephone: 214-659-8600
Facsimile: 214-659-8805
E-mail: keith.robinson2@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

LAQUAYLAN WESLEY PATTERSON

INDICTMENT

18 USC § 2113(a) and (d)
Bank Robbery

1 Count

A true bill rendered

FORT WORTH                                          FOREPERSON

Filed in open court this 10th day of August, 2016.

**Warrant to be Issued**

UNITED STATES MAGISTRATE JUDGE
No Criminal Matter Pending