# U.S. District Court
# Northern District of Texas (Dallas)
# CRIMINAL DOCKET FOR CASE #: 3:16-cr-00360-B-1

| | |
|---|---|
| Case title: USA v. Patterson | Date Filed: 08/10/2016 |

Assigned to: Judge Jane J Boyle

### Defendant (1)

**Laquaylan Wesley Patterson**

| **Pending Counts** | **Disposition** |
|---|---|
| 18:2113(a) and (d) Bank Robbery<br>(1) | |

| **Highest Offense Level (Opening)** | |
|---|---|
| Felony | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|

None

---

**Plaintiff**

| | | |
|---|---|---|
| USA | represented by | **Keith Robinson-DOJ**<br>US Attorney's Office<br>1100 Commerce St<br>Third Floor<br>Dallas, TX 75242<br>214/659-8758<br>Fax: 214/659-8805<br>Email: keith.robinson2@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>Designation: Assistant US Attorney<br>Bar Status: Admitted/In Good Standing |

| Date Filed | # | Docket Text |
|---|---|---|
| 08/10/2016 | [1](#) | INDICTMENT as to Laquaylan Wesley Patterson (1) count(s) 1. (rekc) (Entered: 08/11/2016) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/22/2016 16:15:05 | | | |
| **PACER Login:** | libraryus4502:2653874:0 | **Client Code:** | null |
| | | **Search** | 3:16-cr- |

| Description: | Docket Report | Criteria: | 00360-B |
|---|---|---|---|
| Billable Pages: | 1 | Cost: | 0.10 |