FILED: **6/2/17**
U.S. DISTRICT COURT
EASTERN DISTRICT COURT
DAVID A. O'TOOLE, CLERK

## United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

June 02, 2017

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 17-40199   USA v. Laquaylan Patterson
                   USDC No. 6:15-CR-40-1 cons w/
   No. 17-40202   USA v. Laquaylan Patterson
                   USDC No. 6:16-CR-41-1

The court has granted appellant's motion to reinstate the appeal. We request that the district court clerk forward the electronic record to us within 15 days of this date.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Christina A. Gardner, Deputy Clerk
504-310-7684

Mr. James Mack Noble IV
Mr. David O'Toole
Mr. Laquaylan Patterson