# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 17-40199
Conference Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
May 14, 2019

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

        Plaintiff-Appellee

v.

LAQUAYLAN PATTERSON,

        Defendant-Appellant

--------------------------------------------------------------------

Consolidated with 17-40202

UNITED STATES OF AMERICA,

        Plaintiff-Appellee

v.

LAQUAYLAN WESLEY PATTERSON,

        Defendant-Appellant

Appeals from the United States District Court
for the Eastern District of Texas
USDC No. 6:15-CR-40-1
USDC No. 6:16-CR-41-1

No. 17-40199
c/w No. 17-40202

Before KING, ELROD, and WILLETT, Circuit Judges.

PER CURIAM:[*]

The attorney appointed to represent Laquaylan Wesley Patterson has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Patterson has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Patterson's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.